

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

VS.        CASE NO. 4:06-CR-00352 SWW

CHRISTOPHER LEE ROBINSON           DEFENDANT

### ORDER

Federal criminal charges pending in the United States District Court for the Eastern District of Arkansas require the appearance of the above-named Defendant for a bond/detention hearing following his posting bond or otherwise arranging terms of release from the custody of the state.

IT IS THEREFORE ORDERED that the U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named Defendant.

IT IS THEREFORE ORDERED that, upon notification by the custodial authority that the above-named Defendant has made arrangements for his release on the criminal charges, the United States Marshal shall assume custody of the above-named Defendant and transport her to the United States District Court for the Eastern District of Arkansas.

DATED this _26th_ day of October 2006.

_____
UNITED STATES MAGISTRATE JUDGE